**Order filed June 19, 2014**



In The

# Fourteenth Court of Appeals

_____

NO. 14-12-00879-CR
NO. 14-12-00880-CR
_____

**MACIEL DELOSANGELES SANDOVAL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the 262nd District Court
Harris County, Texas
Trial Court Cause Nos. 1309686 & 1357622

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the originals of **State's exhibit 219, a 911 tape, State's exhibit 222, a DVD, and State's exhibit 223, a DVD.**

The clerk of the 262nd District Court is directed to deliver to the clerk of this court the original of State's exhibit 219, a 911 tape, State's exhibit 222, a DVD, and State's exhibit 223, a DVD, on or before **July 3, 2014.** The clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of State's exhibit 219, a 911 tape, State's exhibit 222, a DVD, and State's exhibit 223, a DVD, to the clerk of the 262nd District Court.

PER CURIAM